IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00471-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM BRUCE,

    Defendant.
_____

**ORDER DIRECTING EXAMINATION**
_____

This matter comes before the Court on the defendant's Unopposed Motion for Hearing and Psychiatric Evaluation under 18 U.S.C. § 4241(a) and (b) (Docket No. 8). At a hearing on November 24, 2008, the Court found that there was reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(a). Therefore, it is

**ORDERED** that, pursuant to 18 U.S.C. §§ 4241 and 4247(b), the defendant shall submit to an examination by Dr. Karen Fukutaki, P. O. Box 460541, Glendale Station, Denver, Colorado 80246-0541, for the purpose of determining whether the defendant suffers from a mental disease or defect that renders him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Dr. Fukutaki, at her discretion, may conduct such examination in the detention quarters of the United States Marshal, 901 19th Street, Denver, Colorado. Dr. Fukutaki is authorized to contact the United States Marshal Service at (303) 335-3400 to arrange for the use of these detention facilities. The United States Marshal is directed to facilitate the defendant's presence for the examination at a date and time convenient to Dr. Fukutaki.

Following the examination, Dr. Fukutaki shall prepare a report of her findings pursuant to 18 U.S.C. § 4247(c) and send copies to all counsel and to the Court within 30 days of November 24, 2008. Within 10 days of receipt of that report, counsel shall jointly contact the Court to set a hearing on the defendant's Motion for Hearing and Psychiatric Evaluation under 18 U.S.C. § 4241(a) and (b) (Docket No. 8).

To the extent necessary, Dr. Fukutaki is authorized to directly contact Assistant United States Attorney Richard Hosley at (303) 454-0100 and defense counsel Kathryn Stimson at (303) 294-7002 to request copies of appropriate documents.

The Clerk of Court is directed to mail a copy of this Order to Dr. Fukutaki at P. O. Box 460541, Glendale Station, Denver, Colorado 80246-0541. The Clerk of Court is also directed to serve a copy of this Order on the United States Marshal.

DATED November 26, 2008.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge