IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00471-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM BRUCE,

    Defendant.

_____

### ORDER REGARDING COMPETENCY TO STAND TRIAL
_____

The Court, upon consideration of defendant's Motion for Hearing and Psychiatric Evaluation [Docket No. 8], finds as follows:

    1.    The Court ordered a psychiatric examination and report to be completed by Dr. Karen Fukutaki, pursuant to 18 U.S.C. §§ 4241 and 4247(b).

    2.    The Court and parties have received Dr. Fukutaki's report dated December 18, 2008. In her report, Dr. Fukutaki concludes that the defendant is currently incompetent to stand trial.

    3.    The Court held a hearing on January 15, 2009 to determine the mental competency of the defendant.

    4.    During the hearing the parties stipulated to the admission of Dr. Fukutaki's report as Court Exhibit 1. The Court received Court Exhibit 1 in evidence.

    5.    After consideration of evidence received during the hearing, the Court finds and determines by a preponderance of the evidence, pursuant to 18 U.S.C.

§ 4241(d), that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It is therefore

ORDERED that William Bruce is committed to the custody of the Attorney General, who shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. It is further

ORDERED that the Attorney General submit a written report to the Court and the parties on or before May 15, 2009, pursuant to 18 U.S.C. § 4241(d), and in that report express the opinion of the director of the facility in which the defendant is hospitalized as to whether there is a substantial probability that in the foreseeable future Mr. Bruce will attain the capacity to permit the proceedings to go forward.

DATED January 15, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge