IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00471-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM BRUCE,

    Defendant.
_____

### MINUTE ORDER
_____
**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a status conference is set for **Friday December 4, 2009 at 2:30 p.m.** in Courtroom A701 before Judge Philip A. Brimmer**.**  Defendant's presence is not required.

    DATED November 30, 2009.