IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00471-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  WILLIAM BRUCE,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a status conference is set for **February 25, 2010 at 1:30 p.m.** in Courtroom A701 before Judge Philip A. Brimmer**.**  Defendant's presence is not required.

    DATED February 17, 2010.